♦AO 245D (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
Sheet 1

DJH/sdn

FILED RECEIVED LODGED
JUL 18 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN District of WASHINGTON

UNITED STATES OF AMERICA
v.
BRIAN EUGENE COLSON

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: CR95-5574RBL
USM Number: 25322-086

ALLEN OVERLAND
Defendant's Attorney

## THE DEFENDANT:

☑ admitted guilt to violation of conditions ~~1 through~~ 2, 4 and 7 of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| deny 1 | ~~Committing the crime of Battery/Domestic Violence in violation of supervised release condition~~ | ~~12/4/05~~ |
| adm't 2 | Leaving the Western District of Washington in violation of in standard condition 1 | 12/4/05 |
| deny 3 | ~~Associating with a convicted felon in violation of standard condition 9~~ | ~~12/13/05~~ |
| adm't 4 | Drinking alcohol in violation of standard condition 7 | 12/18/05 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s) 1, 3, 5 and 6 and is discharged as to such violation(s) condition.
Government agreed to dismiss these allegations and made motion to do so.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-8777
(Last four digits only)
Defendant's Date of Birth: XX-XX-1968

DOUGLAS J. HILL, Special Assistant United States Attorney
July 18, 2006
Date of Imposition of Judgment

Signature of Judge

THE HONORABLE RONALD B. LEIGHTON, U.S. District Judge
Name and Title of Judge

July 18, 2006
Date

95-CR-05574-JGM

AO 245D    (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
           Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT:      BRIAN EUGENE COLSON
CASE NUMBER:    CR95-5574RBL

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| deny ~~5~~ | ~~Driving Under the Influence of Intoxicants in violation of general condition of supervised release~~ | ~~12/18/05~~ |
| deny ~~6~~ | ~~Possessing Marijuana in violation of standard condition 7~~ | ~~12/18/05~~ |
| admit 7 | Possession of Methamphetamine with Intent to Distribute in violation of general condition of supervised release | 12/18/05 |

AO 245D    (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
           Sheet 2— Imprisonment

Judgment — Page  3  of  3

DEFENDANT:       BRIAN EUGENE COLSON
CASE NUMBER:     CR95-5574RBL

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: *thirty-six (36) months imprisonment concurrent to Cause Number 05-1-06287-0 in Pierce County Superior Court for the State of Washington.*

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

ERIC ROBERTSON
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL